IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JON L. DENNIS,

    Petitioner,

v.

                                      Case No. 2:03-cv-587

                                      JUDGE SARGUS
GORDON LANE,                     Magistrate Judge KEMP

    Respondent.

## OPINION AND ORDER

On September 8, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed. Although the parties were specifically informed of their right to object to the *Report and Recommendation,* and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED.** The Clerk is **DIRECTED** to enter final judgment dismissing this action.

**IT IS SO ORDERED.**

                                                                10-7-2005

                                            EDMUND A. SARGUS, JR.
                                            United States District Judge